

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00243-CV

Benjamin **JOHNSON**,
Appellant

v.

Ashley **JOHNSON-WEBB**,
Appellee

From the 115th District Court, Upshur County, Texas
Trial Court No. 698-09
The Honorable Lauren Parish, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  November 28, 2012

REVERSED AND REMANDED

       The parties have filed a joint motion to dismiss the appeal stating they have reached a settlement, and requesting that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of a judgment in accordance with the parties' settlement agreement.  The motion is granted.  The judgment of the trial court signed on January 12, 2012 is reversed, and the cause is remanded to the trial court for further proceedings.

*See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).  Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM